IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP - 5 2019

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

| | |
|---|---|
| HILDA BRUCKER; JEFFERY THORNTON; JANICE CRAIG; and BYRON BILLINGSLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF DORAVILLE, a Georgia municipal corporation,<br><br>Defendant. | Civil Action No.<br>1:18-cv-02375-RWS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SET EXPERT AND DISPOSITIVE MOTION SCHEDULES AND TO EXTEND TIME TO COMPLETE DISCOVERY |

THE COURT, having considered the *Joint Motion to Set Expert and Dispositive Motion Schedules and to Extend Time to Complete Discovery*, and otherwise being fully advised in the premises,

HEREBY ORDERS that the order is granted. The following deadlines are hereby ordered:

- Plaintiffs' initial identification of expert witness(es) and production of expert reports, if any: **January 15, 2020**
- Defendant to take deposition(s) of Plaintiffs' expert witness(es): **February 14, 2020**
- Defendant's identification of rebuttal expert witness(es) and production of expert reports, if any: **March 27, 2020**
- Plaintiffs to take deposition(s) Defendant's expert witness(es): **April 24, 2020**

- Plaintiffs' expert witness(es) to issue rebuttal reports, if any: **May 15, 2020**
- Discovery closes: **June 8, 2020**
- Cross-motions for summary judgment: **July 10, 2020**
- Responses to motions for summary judgment: **August 10, 2020**
- Replies in support of motions for summary judgment: **September 4, 2020**

SO ORDERED this ___4th___ day of ___Sept___, 2019.

BY THE COURT:

Richard W. Story
United States District Judge

2