# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HILDA BRUCKER; JEFFERY THORNTON; JANICE CRAIG; and BYRON BILLINGLSEY, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:18-cv-02375-RWS |
| CITY OF DORAVILLE, a Georgia municipal corporation, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

Comes now the City of Doraville, Georgia ("Doraville"), named as defendant in the above-referenced matter, and hereby responds to plaintiffs' first requests for admission as follows:

### RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION

1.

Admit that Doraville police officers are Doraville employees whose wages are paid using funds from Doraville's general revenues.

**RESPONSE:**

Admitted.

2.

Admit that the wages of Doraville's municipal court judge are paid using funds from Doraville's general revenues.

RESPONSE:

Admitted.

3.

Admit that the wages of Doraville's city prosecutor are paid using funds from Doraville's general revenues.

RESPONSE:

Denied as stated. The city prosecutor is not a Doraville employee. The prosecutor is paid based on a contract; however, general revenue funds are used to make payments under said contract.

4.

Admit that Doraville is a municipal corporation to which the provisions of Georgia Code §§ 36-35-3(a) and (b) apply.

RESPONSE:

Admitted.

5.

Admit that Doraville may pass ordinances the violation of which can result in criminal liability.

RESPONSE:

Admitted.

6.

Admit that the Doraville Municipal Code permits Doraville's municipal judge to impose bench warrants for defendants that do not appear for arraignments.

RESPONSE:

Denied as stated. By way of further response, this defendant admits only that the Doraville Municipal Code § 9-7 provides as follow: "[T]he municipal court may direct, and the court shall issue an order requiring the police chief, or other members of the department of police to arrest the defendant and bring the defendant before the court to answer both the initial charges and the charge for failing to appear at trial."

7.

Admit that Doraville, including its agents and employees, has initiated civil forfeiture actions against real or personal property

**RESPONSE:**

Admitted.

8.

Admit that Doraville's city prosecutor has requested that some case(s) be transferred to the Georgia state court system.

**RESPONSE:**

Admitted.

9.

Admit that, after the contract term for the current Doraville municipal court judge expires, Doraville has no obligation, legal or otherwise, to re-appoint that same person to the position of municipal court judge.

**RESPONSE:**

Admitted.

10.

Admit that Doraville contracts with a private company called "Professional Probation Services" to provide probation supervision services for Doraville.

**RESPONSE:**

Admitted.

This 25th day of October, 2019.

_____
Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendant*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and accurate copy of the foregoing **Defendant's Response to Plaintiffs' First Set of Requests for Admission** United States mail to the following:

Joshua A. House
Anthony B. Sanders
William R. Maurer
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA  22203

Frank B. Strickland
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339

This 25th day of October, 2019.

/s/ Harvey S. Gray

Harvey S. Gray
Georgia Bar No. 305838
Alex Joseph
Georgia Bar No. 590921
*Attorneys for Defendant*

Gray, Rust, St. Amand, Moffett & Brieske, LLP
950 East Paces Ferry Road, NE
Suite 1700 – Salesforce Tower Atlanta
Atlanta, GA 30326
(404) 870-7376 (Gray)
(404) 870-7389 (Joseph)
(404) 870-7374 (Fax)
hgray@grsmb.com
ajoseph@grsmb.com