*Hilda Brucker, et al. v. The City of Doraville*
U.S.D.C., N.D. Ga., CAFN 1:18-cv-02375-RWS

## ITEMIZATION FOR BILL OF COSTS

**(1) Fees for Printed or Electronically Recorded Transcripts:**

| VENDOR | INVOICE | TOTAL |
|---|---|---|
| Golkow Litigation Services, LLC | 419121 | $   412.75 |
| Huseby Global Litigation | 620405 | 784.40 |
| Golkow Litigation Services, LLC | 428829 | 464.40 |
| Golkow Litigation Services, LLC | 428673 | 439.25 |
| Golkow Litigation Services, LLC | 430476 | 190.30 |
| Veritext Legal Solutions | PA4332671 | 1,259.65 |
| Veritext Legal Solutions | PA4336942 | 1,291.90 |
| Veritext Legal Solutions | PA4363333 | 1,911.05 |
| Veritext Legal Solutions | PA4341863 | 738.25 |

**(2) Fees For Copies:**

| VENDOR | INVOICE | DATE | TOTAL |
|---|---|---|---|
| Doraville Municipal Court |  | 06/08/2018 | $ 89.10 |
| Document Pros | 25979 | 07/23/2020 | 219.69 |
|  |  |  |  |
|  |  |  |  |

**(3) Other cost:**

| VENDOR | INVOICE | DATE | TOTAL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

7545.0102
GMB-C

# INVOICE



GOLKOW
Litigation
SERVICES
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 419121 | 1/17/2020 | 234074 |
| Job Date | Case No. | |
| 1/14/2020 | | |
| Case Name | | |
| Hilad Brucker; Jeffrey Thornton; et al. v. The City of Doraville | | |
| Payment Terms | | |
| Due upon receipt | | |

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Richard Platto | 129.00 | Pages | @ | 2.95 | 380.55 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 68.00 | Pages | @ | 0.15 | 10.20 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Shipping and Handling of Read and Sign materials | | | | 22.00 | 22.00 |
| | | TOTAL DUE >>> | | | $412.75 |

Location: Atlanta, GA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

| Job No. | : 234074 | BU ID | : R-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Hilad Brucker; Jeffrey Thornton; et al. v. The City of Doraville | | |
| Invoice No. | : 419121 | Invoice Date | : 1/17/2020 |
| Total Due | : $412.75 | | |

Remit To:  Golkow Litigation Services, LLC
P.O. Box 94623
Las Vegas, NV 89193-4623

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 400
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 620405 | 3/20/2020 | 288406 |
| Job Date | Case No. | |
| 3/6/2020 | | |
| Case Name | | |
| Hilda Brucker, et al. vs. City of Doraville | | |
| Payment Terms | | |
| Net 30 | | |

Harvey S. Gray, Esq.
Gray, Rust, St. Amand, Moffett & Brieske
950 E Paces Ferry Rd
Ste 1700
Atlanta, GA 30326

ORIGINAL TRANSCRIPT OF:

Nancy L. Zielke

784.40

TOTAL DUE >>>   $784.40

AFTER 4/19/2020 PAY   $902.06

Thank you for choosing Huseby!

If you would like to pay your Invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Tax ID: 31-1763752

Phone: 404-870-7373   Fax: 404-870-7374

*Please detach bottom portion and return with payment.*

Harvey S. Gray, Esq.
Gray, Rust, St. Amand, Moffett & Brieske
950 E Paces Ferry Rd
Ste 1700
Atlanta, GA 30326

| Job No. | : 288406 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Hilda Brucker, et al. vs. City of Doraville | | |
| Invoice No. | : 620405 | Invoice Date | : 3/20/2020 |
| Total Due | : $784.40 | | |

AFTER 4/19/2020 PAY $902.06

Remit To:   **Huseby Global Litigation**
P.O. Box 6180
Hermitage, PA 16148-0922

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



**GOLKOW Litigation SERVICES**
Discovery  Depositions  Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 428829 | 4/6/2020 | 240010 |
| Job Date | Case No. | |
| 3/13/2020 | | |
| Case Name | | |
| Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville | | |
| Payment Terms | | |
| Due upon receipt | | |

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Corally Rivera | | 153.00 Pages | @ | 2.95 | 451.35 |
| Exhibits Scanned (8 1/2 x 11 - B&W and Color) | | 87.00 Pages | @ | 0.15 | 13.05 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | TOTAL DUE >>> | | | $464.40 |

Location: Atlanta, GA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

**Tax ID: 20-5543414**

*Please detach bottom portion and return with payment.*

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

| | | | |
|---|---|---|---|
| Job No. | : 240010 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville | | |
| Invoice No. | : 428829 | Invoice Date | : 4/6/2020 |
| Total Due | : $464.40 | | |

Remit To: Golkow Litigation Services, LLC
P.O. Box 94623
Las Vegas, NV  89193-4623

| PAYMENT WITH CREDIT CARD | AMEX  [card]  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery  Depositions  Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 428673 | 4/6/2020 | 240012 |
| Job Date | Case No. | |
| 3/12/2020 | | |
| Case Name | | |
| Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville | | |
| Payment Terms | | |
| Due upon receipt | | |

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Bill Riley | 146.00 Pages | @ | 2.95 | 430.70 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 57.00 Pages | @ | 0.15 | 8.55 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| | TOTAL DUE >>> | | | $439.25 |

Location: Atlanta, GA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

| | | |
|---|---|---|
| Invoice No. | : | 428673 |
| Invoice Date | : | 4/6/2020 |
| **Total Due** | : | **$439.25** |

Remit To:  **Golkow Litigation Services, LLC**
P.O. Box 94623
Las Vegas, NV  89193-4623

| | | |
|---|---|---|
| Job No. | : | 240012 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville |

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

Discovery  Depositions  Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 430476 | 4/6/2020 | 240012 |
| Job Date | Case No. | |
| 3/12/2020 | 7545.0102 | |
| | Case Name | |
| | Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville | |
| | Payment Terms | |
| Due upon receipt | | |

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Edward Scott Carter | | 64.00 Pages | @ | 2.95 | 188.80 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | | 10.00 Pages | @ | 0.15 | 1.50 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | TOTAL DUE >>> | | | $190.30 |

Location: Atlanta, GA

Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes full or partial payment toward the invoice. Thank you.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment*

Alex M. Joseph, Esquire
Gray, Rust, St. Amand Moffett & Brieske, LLP
Suite 1700 - Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA  30326

Invoice No.   :  430476
Invoice Date  :  4/6/2020
**Total Due**   :  **$190.30**

Remit To:  **Golkow Litigation Services, LLC**
           **P.O. Box 94623**
           **Las Vegas, NV 89193-4623**

| Job No. | : | 240012 |
|---|---|---|
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Hilda Brucker; Jeffrey Thornton; et al. v. The City of Doraville |

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | Alex M. Joseph<br>Gray Rust St. Amand Moffett & Brieske LLP<br>950 E Paces Ferry Rd NE<br>Ste 1700<br>Atlanta, GA, 30326 | Invoice #:<br>Invoice Date:<br>Balance Due: | PA4332671<br>5/31/2020<br>$1,259.65 |
|---|---|---|---|

| Case: | Brucker, Hilda, Thornton, Jeffery, Craig, Janice And Billingsley, Byron v. The City Of Doraville |
|---|---|
| Job #: | 4097975 | Job Date: 5/18/2020 | Delivery: Normal |
| Case #: | 1:18-cv-02375-RWS |
| Billing Atty: | Alex M. Joseph |
| Location: | Remote Proceeding - VA<br>Veritext Zoom<br>Arlington, VA 22203 |
| Sched Atty: | Joshua A. House Esq | Institute for Justice |

| Witness | Description | Amount |
|---|---|---|
| Shawn Gillen | Transcript Services | $797.00 |
| | Transcript - Expedited Fee | $299.60 |
| | Exhibit Management | $135.05 |
| | Delivery and Handling | $28.00 |
| Notes: | Invoice Total: | $1,259.65 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,259.65 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | PA4332671 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | | Job #: | 4097975 |
| | | Invoice Date: | 5/31/2020 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,259.65 |

191807

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Alex M. Joseph<br>Gray Rust St. Amand Moffett & Brieske LLP<br>950 E Paces Ferry Rd NE<br>Ste 1700<br>Atlanta, GA, 30326 | **Invoice #:** PA4336942<br>**Invoice Date:** 5/31/2020<br>**Balance Due:** $1,291.90 |

| | |
|---|---|
| **Case:** | Brucker, Hilda, Thornton, Jeffery, Craig, Janice And Billingsley, Byron v. The City Of Doraville |
| **Job #:** | 4097977 \| Job Date: 5/19/2020 \| Delivery: Normal |
| **Case #:** | 1:18-cv-02375-RWS |
| **Billing Atty:** | Alex M. Joseph |
| **Location:** | Remote Proceeding - VA<br>Veritext Zoom<br>Arlington, VA 22203 |
| **Sched Atty:** | Joshua A. House Esq \| Institute for Justice |

| Witness | Description | Amount |
|---|---|---|
| John King | Transcript Services | $578.55 |
| | Exhibit Management | $17.55 |
| | Rough Draft | $301.30 |
| | Veritext Exhibit Package (ACE) | $48.50 |
| | Exhibit Share | $318.00 |
| | Delivery and Handling | $28.00 |
| **Notes:** | **Invoice Total:** | $1,291.90 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | **$1,291.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** PA4336942<br>**Job #:** 4097977<br>**Invoice Date:** 5/31/2020<br>**Balance:** $1,291.90 |

191807

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Harvey Gray<br>Gray Rust St. Amand Moffett & Brieske LLP<br>950 E Paces Ferry Rd NE<br>Ste 1700<br>Atlanta, GA, 30326 | Invoice #: | PA4363333 |
|---|---|---|---|
| | | Invoice Date: | 6/16/2020 |
| | | Balance Due: | $1,911.05 |

| Case: | Brucker, Hilda, et al v. The City Of Doraville |
|---|---|
| Job #: | 4097966 | Job Date: 5/12/2020 | Delivery: Expedited |
| Case #: | 1:18-cv-02375-RWS |
| Billing Atty: | Harvey Gray |
| Location: | Remote Proceeding - VA |
| | Veritext Zoom<br>Arlington, VA 22203 |
| Sched Atty: | Joshua A. House Esq | Institute for Justice |

| Witness | Description | Amount |
|---|---|---|
| Michael Brown | Transcript - Expedited Fee | $579.60 |
| | Transcript Services | $886.35 |
| | Exhibit Management | $417.10 |
| | Delivery and Handling | $28.00 |

| Notes: | Invoice Total: | $1,911.05 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,911.05 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | PA4363333 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | | Job #: | 4097966 |
| | | Invoice Date: | 6/16/2020 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,911.05 |

191807

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Alex M. Joseph<br>Gray Rust St. Amand Moffett & Brieske LLP<br>950 E Paces Ferry Rd NE<br>Ste 1700<br>Atlanta, GA, 30326 | Invoice #: | PA4341863 |
|---|---|---|---|
| | | Invoice Date: | 6/10/2020 |
| | | Balance Due: | $738.25 |

| Case: | Brucker, Hilda, Thornton, Jeffery, Craig, Janice And Billingsley, Byron v. The City Of Doraville |
|---|---|
| Job #: | 4097972 \| Job Date: 5/26/2020 \| Delivery: Expedited |
| Case #: | 1:18-cv-02375-RWS |
| Billing Atty: | Alex M. Joseph |
| Location: | Remote Proceeding - VA<br>Veritext Zoom<br>Arlington, VA 22203 |
| Sched Atty: | Joshua A. House Esq \| Institute for Justice |

| Witness | Description | Amount |
|---|---|---|
| Donna Pittman | Transcript Services | $497.55 |
| | Transcript - Expedited Fee | $155.40 |
| | Exhibit Management | $8.80 |
| | Veritext Exhibit Package (ACE) | $48.50 |
| | Delivery and Handling | $28.00 |

| Notes: | | Invoice Total: | $738.25 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $738.25 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA4341863 |
|---|---|
| Job #: | 4097972 |
| Invoice Date: | 6/10/2020 |
| Balance: | $738.25 |

191807

```
DORAVILLE MUNICIPAL COURT
770-455-1001

REC#: 00025797    6/08/2018   2:47 PM
OPER: GS    TERM: 002
REF#:
PAID BY:

TRAN:   3.0000   MISC PAYMENTS
        ACCOUNTS PAYABLE         89.10CR

     TENDERED:        89.10  CASH
     APPLIED:         89.10-

     CHANGE:           0.00
```

**Document Pros**

3340 Peachtree Road, NE
Suite 11
Atlanta, GA 30326



7545.0102

| Date | Invoice # |
|---|---|
| 7/23/2020 | 25979 |

Bill To

Gray, Rust, St. Amand, Moffett, Brieske
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326

| | | Terms | Rep |
|---|---|---|---|
| | | Net 30 | BA |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6 | Copy video from sharefile link to DVD, 6 DVD's of Exhibit A | 16.95 | 101.70T |
| 6 | Copy video from sharefile link to DVD, 6 DVD's of Exhibit C | 16.95 | 101.70T |

Ordered by: Eileen

Billing reference: 7545.0102  Bruckner v. City of Doraville

X_____
RECEIVED BY        Thank You For Your Business

Tax ID # 20-1148874
Phone (404) 816-8686

| | |
|---|---|
| Sales Tax (8.0%)... | $16.27 |
| Total | $219.67 |
| **Balance Due** | **$219.67** |