## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HILDA BRUCKER; JEFFERY
THORNTON; JANICE CRAIG; and
BYRON BILLINGSLEY,

    Plaintiffs,

        vs.

THE CITY OF DORAVILLE, a Georgia
municipal corporation,

    Defendant.

Civil Action No.

1:18-cv-02375-RWS

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Hilda Brucker, Jeffery Thornton, Janice Craig, and Byron Billingsley in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on December 16, 2020 (Doc. No. 106) denying Plaintiffs' Motion for Summary Judgment and the Judgment entered by the clerk on December 17, 2020 (Doc. No. 107).

Dated:  January 12, 2021


/s/ Joshua A. House

Joshua A. House*†
California Bar No. 284856
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jhouse@ij.org

Frank B. Strickland
Georgia Bar No. 687600
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Tel: (770) 434-6868
Fax: (770) 434-7376
Email: fstrickland@taylorenglish.com

Anthony Sanders*
Minnesota Bar No. 0387307
Institute for Justice
520 Nicollet Mall, Suite 550
Minneapolis, MN, 55402
Tel: (612) 435-3451
Fax: (612) 435-5875
Email: asanders@ ij.org

† *Lead Counsel*
*Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above *PLAINTIFFS' NOTICE OF APPEAL*

was served via the CM/ECF filing system upon the following counsel of record

on this 12th day of January 2021:

GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP
Harvey S. Gray
Alex M. Joseph
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
Tel: (404) 870-7376
Fax: (404) 870-7374
Email: hgray@grsmb.com,
ajoseph@grsmb.com

/s/ Joshua House
Joshua House
*Counsel for Plaintiffs*
