IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HILDA BRUCKER; JEFFERY THORNTON; JANICE CRAIG; and BYRON BILLINGSLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF DORAVILLE, a Georgia municipal corporation,<br><br>Defendant. | Civil Action No.<br>1:18-cv-02375-RWS<br><br>**ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO STAY FURTHER BRIEFING AND ENTRY OF JUDGMENT ON COSTS** |

The Court, having considered the *Plaintiffs' Consent Motion to Stay Further Briefing and Entry of Judgment on Costs*, hereby grants the Motion. Any further briefing is stayed and no entry of judgment of costs will be issued until any appeals have concluded.

SO ORDERED this ___14th___ day of ___January___, 2021.

BY THE COURT:

Richard W. Story
United States District Judge