IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10122-V

_____

HILDA BRUCKER,
JEFFERY THORNTON,
JANICE CRAIG, B
YRON BILLINGSLEY,

                     Plaintiffs - Appellants,

versus

CITY OF DORAVILLE,
a Georgia municipal corporation,

                     Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

The Motion for Leave to File Brief of Amici Curiae The Southern Poverty Law Center, Southern Center for Human Rights, Fines and Fees Justice Center, National Police Accountability Project, and The MacArthur Justice Center in support of the Appellants is **GRANTED**.

                     DAVID J. SMITH
                     Clerk of the United States Court of
                     Appeals for the Eleventh Circuit

                     ENTERED FOR THE COURT - BY DIRECTION